UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO: 07-20733-CR-GOLD

               Plaintiff,

VS.

DAVID MAURICIO PIRAGAUTA,

               Defendant.
_____/

### ORDER AFFIRMING AND ADOPTING MAGISTRATE JUDGE'S REPORT & RECOMMENDATION

This matter is before the Court pursuant to the Defendant's *Pro Se* Motion for A Four Level Reduction Pursuant to Fast-Track USSG5K3.1, filed April 3, 2008 [DE 38].

A review of the docket sheet reveals that on April 7, 2008, the instant motion was referred to Magistrate Judge Chris McAliley [DE 39]. On September 23, 2009, Magistrate Judge Chris McAliley issued an Report and Recommendation [DE 42] in which she recommends that the Defendant's *Pro Se* Motion for A Four Level Reduction Pursuant to Fast-Track USSG5K3.1 be denied.

The parties were permitted to file objections, up to and including October 13, 2009, to the Report and Recommendation. Further review of the docket sheet reveals that no objections have been filed. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Magistrate Judge's Report and Recommendation [DE 42] is hereby affirmed and adopted. It is further

**ORDERED AND ADJUDGED** that the Defendant's *Pro Se* Motion for A Four Level Reduction Pursuant to Fast-Track USSG5K3.1[DE 38] is hereby denied.

**DONE AND ORDERED** at Miami, Florida, this   13th   day of January, 2010.

_____
UNITED STATES DISTRICT JUDGE
ALAN S. GOLD

U.S.A. VS PIRAGAUTA, CASE NO: 07-20733-CR-GOLD

cc:  Magistrate Judge Chris McAliley

AUSA Alejandro Oscar Soto

David Mauricio Piragauta
Reg No 78152-004
FCI Low
P O Box 9000
Forrest City, AR 72336-9000